Same case below, 375 Fed. Appx. 450.

**No. 10-255. Andrew W. Shalaby, et al., Petitioners v. Newell Rubbermaid, Inc., et al.**

562 U.S. 1004, 131 S. Ct. 508, 178 L. Ed. 2d 372, 2010 U.S. LEXIS 8622.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 379 Fed. Appx. 620.

**No. 10-269. Charles Gersten, Petitioner v. Ethel Joyce Gersten.**

562 U.S. 1004, 131 S. Ct. 511, 178 L. Ed. 2d 372, 2010 U.S. LEXIS 8472.

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

Same case below, 223 Ariz. 99, 219 P.3d 309.

**No. 10-271. David George Chandler, Petitioner v. Rick Coursey, Superintendent, Eastern Oregon Correctional Institution.**

562 U.S. 1004, 131 S. Ct. 512, 178 L. Ed. 2d 372, 2010 U.S. LEXIS 8616.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 366 Fed. Appx. 830.

**No. 10-273. Patrick Youngs, Petitioner v. Industrial Claim Appeals Office, et al.**

562 U.S. 1004, 131 S. Ct. 553, 178 L. Ed. 2d 372, 2010 U.S. LEXIS 8508.

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 10-280. Nikrouz Ghazibayat, Petitioner v. SBC Advanced Solutions, Inc.**

562 U.S. 1004, 131 S. Ct. 513, 178 L. Ed. 2d 372, 2010 U.S. LEXIS 8536,

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 288 Fed. Appx. 408.

**No. 10-282. Joseph M. Skutches, et al., Petitioners v. Barbara L. Glasow.**

562 U.S. 1004, 131 S. Ct. 513, 178 L. Ed. 2d 372, 2010 U.S. LEXIS 8496.

November 1, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 981 A.2d 327.

**No. 10-285. CNG Financial Corporation, Petitioner v. Allen L. Davis.**

562 U.S. 1004, 131 S. Ct. 515, 178 L. Ed. 2d 372, 2010 U.S. LEXIS 8621.

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Hamilton County, denied.